UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Carol Bunker, as Trustee for the next-of-kin of Stephanie Rose Bunker,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Barb Fitzgerald; *et al*.,<br><br>　　　　　Defendants. | Case No. 20-cv-1456 (SRN/LIB)<br><br>**EXHIBIT A**<br><br>**NONDISCLOSURE AGREEMENT** |

　　I, the undersigned, acknowledge that I have read the attached Protective Order dated _____, 2021, issued in the above-entitled matter and understand and agree to be bound by all of its terms.

　　Without limiting the generality of the foregoing, I agree not to disclose to any person or entity not authorized to receive materials designated **"NOT PUBLIC"** under the terms of the Protective Order, or any copies or extracts of information derived therefrom, which have been disclosed to me. I further agree to use any materials disclosed to me solely for the purpose of this proceeding and for no other purpose.

4

91437132.1

I submit myself to the jurisdiction of the United States District Court for the District of Minnesota for the purpose of enforcing this Protective Order.

Dated: _____, 202_

                                                                            _____
                                                                            Signature

                                                                            _____
                                                                            Type or Print Name

                                                                            _____
                                                                            Address

                                                                            _____
                                                                            Name of Employer

                                                                            _____
                                                                            Name of Associated Party

91437132.1