# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Carol Bunker, as Trustee for the next-of-kin of Stephanie Rose Bunker,<br><br>     Plaintiff,<br><br>v.<br><br>Barb Fitzgerald et al.,<br><br>     Defendants. | Case No. 20-cv-1456 (SRN/LIB)<br><br>**ORDER FOR<br>PARTIAL DISMISSAL** |

Andrew J. Noel, Kathryn H. Bennett, Marc Betinsky, and Robert Bennett, Robins Kaplan LLP, 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402, for Plaintiff.

Jason M. Hiveley, Julia Kelly, and Stephanie A. Angolkar, Iverson Reuvers Condon, 9321 Ensign Ave South, Bloomington, MN 55438, for Defendants.

  This matter is before the Court upon the Stipulation of the parties [Docket No. 23].

  Based on the Stipulation, and on all of the files, records, and proceedings herein,

  IT IS HEREBY ORDERED THAT that all of Plaintiff's claims against Defendant Jared Davis in the above-captioned action are dismissed with prejudice and without costs.

Dated:  May 14, 2021

                 s/Susan Richard Nelson
                 SUSAN RICHARD NELSON
                 United States District Judge