UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Carol Bunker, as Trustee for the next-of-kin of Stephanie Rose Bunker, | Case No. 20-cv-01456 (SRN/LIB) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Barb Fitzgerald, et. al., | |
| Defendants. | |

Pursuant to the parties' Stipulation of Dismissal with Prejudice filed on December 8, 2021 [Doc. No. 34], IT IS HEREBY ORDERED that the above-entitled action may be, and the same hereby is, dismissed with prejudice and without costs or disbursements to any of the parties.

IT IS FURTHER ORDERED that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all of Plaintiff's claims, without costs or disbursements to any of the parties, may be entered herein.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: December 14, 2021

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge