# UNITED STATES DISTRICT COURT

## District of Minnesota

Carol Bunker,

Plaintiff,

v.

Barb Fitzgerald, Katherine Dreher, Crystal Pedersen, Geoffrey Keilwitz, Todd Leonard, MD, MEnD Correctional Care, PLLC, Phil Hodapp, Beltrami County,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 20-cv-1456 SRN/LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above-entitled action may be, and the same hereby is, dismissed with prejudice and without costs or disbursements to any of the parties.

IT IS FURTHER ORDERED that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all of Plaintiff's claims, without costs or disbursements to any of the parties, may be entered herein.

Date: 12/16/2021

KATE M. FOGARTY, CLERK